# Exhibit A

**Exhibit A**

<u>**Recent CME Revelations**</u>

1.      Revealed on August 27, 2014 by Bloomberg News that the CME has a proprietary trading unit GFX Group, of which Brian Durkin in the CEO, that trades against its customers

http://www.bloomberg.com/news/2014-08-28/cme-unit-that-trades-with-clients-earning-millions-with-futures.html


2.      Revealed on September 1, 2014 by ZeroHedge and Nanex that the CME also offers an incentive program for central banks

http://www.zerohedge.com/news/2014-08-30/its-settled-central-banks-trade-sp500-futures


3.      October 2, 2014 revealed that United States Department of Justice indicts HFT for reaping $1.6 in profits from trades made at the CME Groups Inc. through spoofing

http://www.bloomberg.com/news/2014-10-02/high-speed-trader-accused-of-commodity-market-spoofing-.html